IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS SMITH, ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 3:25-166 |
| ) | Judge Nora Barry Fischer |
| ) | Magistrate Judge Keith Pesto |
| JOHNSTOWN FEDERAL BUREAU OF ) | |
| INVESTIGATION, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF COURT

AND NOW, this 20th day of November, 2025, after a Report and Recommendation was filed by Magistrate Judge Keith Pesto on October 27, 2025, (Docket No. 5), recommending that Plaintiff Thomas Smith's Complaint be dismissed for failure to state a claim pursuant to the screening provisions of 28 U.S.C. § 1915(e)(2), that leave to amend be denied, as futile, and directing that any objections by non-ECF users such as Plaintiff were due by November 13, 2025, and no objections having been filed by the date of this Order, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, (Docket No. 5), which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that Plaintiff's Complaint [4] is dismissed, with prejudice, for failure to state a claim pursuant to the screening provisions of 28 U.S.C. § 1915(e)(2) and that leave to amend is denied, as futile;

IT IS FURTHER ORDERED that the Clerk of Court shall mark this case CLOSED; and

FINALLY, IT IS ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if Petitioner wishes to appeal from this Order a notice of appeal, as

2

provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Pittsburgh, PA, 15219 within thirty (30) days.

*s/ Nora Barry Fischer*  
Nora Barry Fischer  
Senior U.S. District Judge

cc/ecf:   Magistrate Judge Keith Pesto

cc:       Thomas Smith  
          910 Philadelphia Ave.  
          Apartment 4  
          Northern Cambria, PA 15714  
          (first class mail)